IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

HECTOR ROSALES,

Plaintiff,

vs.

ROB JEFFREYS, Nebraska Department of Correctional Services, Directo, individual and official capacity; SHAUN SETTLES, Tecumseh State Correctional Institution, Warden, individual and official capacity; BRAYAN CRUZ DELGADO, Correctional Officer, Tecumseh State Correctional Institution, individual and official capacity; and JOSE CRUZ, Correctional Officer, Tecumseh State Correctional Institution, individual and official capacity;

Defendants.

8:26CV414

MEMORANDUM AND ORDER

This matter is before the Court on its own motion. Plaintiff filed a Complaint, Filing No. 1, on August 10, 2026. However, Plaintiff failed to include the $405.00 filing and administrative fees. Plaintiff has the choice of either submitting the $405.00 filing and administrative fees to the Clerk's office or submitting a request to proceed in forma pauperis ("IFP").[1] Failure to

[1] If Plaintiff is granted leave to proceed IFP in this matter, he will be allowed to pay the Court's $350 filing fee in installments. *See* 28 U.S.C. § 1915(b)(1); *In re Tyler*, 110 F.3d 528, 529–30 (8th Cir. 1997). He would not be subject to the $55.00 administrative fee assessed to non-IFP plaintiffs. Prisoner plaintiffs are required to pay the full amount of the Court's $350.00 filing fee by making monthly payments to the Court, even if the prisoner is proceeding IFP. 28 U.S.C. § 1915(b).

take either action within 30 days will result in the Court dismissing this case without further notice to Plaintiff.

IT IS THEREFORE ORDERED that:

1. Plaintiff is directed to submit the $405.00 fees to the Clerk's office or submit a request to proceed in forma pauperis within 30 days. Failure to take either action will result in dismissal of this matter without further notice.

2. The Clerk of the Court is directed to send to Plaintiff the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

3. The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **September 9, 2026**: Check for MIFP or payment.

Dated this 10th day of August, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge